UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:25-CR-469-AB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER TO FILE IN CAMERA** |
| v. | |
| MAKSIM ZAITSEV, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Declaration of Counsel filed in support of Maksim Zaitsev's Opposition to Government's Motion *In Limine* #4 to Preclude Self-Defense Defense be filed in camera.

OR IN THE ALTERNATIVE,

1  NO GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that
2  the Declaration of Counsel filed in support of Maksim Zaitsev's Opposition to
3  Government's Motion *In Limine* #4 to Preclude Self-Defense Defense not be filed, the
4  document shall be returned to counsel for defendant.

6  DATED:                              By _____
7                                         HON. SHERILYN PEACE GARNETT
                                           United States District Judge