BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
RAHUL R.A. HARI (Cal. Bar No. 313528)
NEIL P. THAKOR (Cal. Bar No. 308743)
Assistant United States Attorneys
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6159/6595
    E-mail:   Rahul.Hari@usdoj.gov
             Neil.Thakor@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MAKSIM ZAITSEV,<br><br>        Defendant. | No. 2:25-cr-00154-SPG<br><br>PROPOSED JOINT STATEMENT OF THE CASE<br><br>Date:     May 20, 2025<br>Time:     8:30 a.m.<br>Location: Courtroom of the Hon. Sherilyn Peace Garnett |
|---|---|

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Rahul R.A. Hari and Neil P. Thakor, and defendant MAKSIM ZAITSEV, by and through his counsel of record, Deputy Federal Public Defenders Shannon M. Coit and Ryan Shelley, hereby submit their Proposed Joint Statement of the Case.

//

//

The parties respectfully reserve the right to modify this statement as needed.

Dated: April 30, 2025                   Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

/s/
RAHUL R.A. HARI
NEIL P. THAKOR
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: April 30, 2025                   /s/
SHANNON M. COIT
RYAN SHELLEY
Deputy Federal Public Defenders

Attorney for Defendant
MAKSIM ZAITSEV

I, RAHUL R.A. HARI, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/
RAHUL R.A. HARI
Assistant United States Attorney

**STATEMENT OF THE CASE**

The United States charges defendant MAKSIM ZAITSEV with assaulting a federal officer resulting in bodily injury, in violation of 18 U.S.C. § 111(a)(1), (b).  Specifically, the government alleges that defendant bit down on and fractured a federal officer's finger.

Defendant has entered a plea of not guilty and asserts that he acted in self-defense. [if applicable]