BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
RAHUL R.A. HARI (Cal. Bar No. 313528)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6159
    E-mail:   Rahul.Hari@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 2:25-cr-00154-SPG |
| Plaintiff, | JOINT STIPULATION FOR A PROTECTIVE ORDER REGARDING INFORMATION FROM PERSONNEL FILES |
| v. | |
| MAKSIM ZAITSEV, | PROPOSED ORDER FILED SEPARATELY |
| Defendant. | |

    Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Rahul R.A. Hari and Neil P. Thakor, and defendant Maksim Zaitsev ("defendant"), by and through his counsel of record, DFPDs Shannon M. Coit and Ryan Shelley (collectively the "parties"), for the reasons set forth below, request that the Court enter the proposed protective order (the "Protective Order") governing the use and dissemination of information from law enforcement personnel files.

**Introduction and Grounds for Protective Order**

1. Defendant is charged in this matter with a violation of 18 U.S.C. § 111(a)(1), (b): Assault on a Federal Officer Resulting in Bodily Injury.

2. A protective order is necessary because the government is in possession of materials containing sensitive law enforcement personnel files relevant to its discovery obligations.

3. The purpose of this Protective order is to (a) allow the government to comply with its discovery obligations while protecting this sensitive information from unauthorized dissemination, and (b) provide the defense with sufficient information to adequately represent defendant.

**Definitions**

4. The parties agree to the following definitions:

    a. Protected Documents or Information includes any information obtained from law enforcement personnel records, including, but not limited to, complaints of official misconduct. This definition applies retroactively to any personnel records already produced in the course of this case.

**Terms**

5. The parties jointly request the Court enter the Protective Order, which will permit the government to produce PROTECTED INFORMATION in a manner that preserves the privacy and security of third parties. The parties agree that the following conditions in the Protective Order will serve these interests:

    a. Use of the protected documents and the information contain herein is limited to this criminal matter and, in particular, said protected documents and the product of the same

1  shall not be utilized by the prosecuting agency, the defendant or
2  prosecution or defense of any other criminal or civil proceeding.
3         b.   Under no circumstances shall the protected documents,
4  or the information contained therein, be retained, compiled, stored,
5  used as a data base, or disseminated, in any form, except for the
6  purposes of this criminal proceeding in accordance with this
7  protective order or by further order of the court.
8         c.   Use of the protected materials and the information
9  contained therein is limited to authorized persons working for the
10 prosecution, the defense and the court on this specific criminal
11 matter.
12        d.   If the protected material is included in any court
13 documents, those documents shall be submitted under seal.
14 //
15 //

e.  In the event that any confidential police personnel records are used in any court proceeding in this case, counsel shall take all reasonable steps to maintain its confidentiality during such use.

IT IS SO STIPULATED.

DATED: April 29, 2025          BILAL A. ESSAYLI
                               United States Attorney

                               LINDSEY GREER DOTSON
                               Assistant United States Attorney
                               Chief, Criminal Division


                                     /s/
                               RAHUL R.A. HARI
                               NEIL P. THAKOR
                               Assistant United States Attorneys

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA

DATED: April 30, 2025                /s/*
                               SHANNON M. COIT
                               RYAN SHELLEY
                               Deputy Federal Public Defenders

                               Attorneys for Defendant
                               MAKSIM ZAITSEV

*Filed with email consent.