# EXHIBIT A



EXHIBIT 101- Page 1 of 7



EXHIBIT 101- Page 2 of 7

USAO_000204





USAO_000206

EXHIBIT 101- Page 4 of 7





USAO_000208

EXHIBIT 101- Page 6 of 7



EXHIBIT 101- Page 7 of 7