# EXHIBIT I

Office of Enforcement and Removal Operations
U.S. Department of Homeland Security
300 N. Los Angeles Street, Room 2300



**U.S. Immigration and Customs Enforcement**

May 16, 2025

MEMORANDUM FOR:   Carlos A. Fuentes
                  Supervisory Detention and Deportation Officer
                  Los Angeles, CA.

FROM:             Hisle, Farris
                  Deportation Officer
                  Los Angeles, CA

SUBJECT:          Detainee Interaction

On May 14, 2025, at approximately 10:35a.m. I, Deportation Officer Farris Hisle escorted an unrelated street arrest from the sallyport into the detention facility B-18, for case processing. A short while later I exited B-18, through the double doors that exited to the sallyport.

Upon exiting the double doors I observed Federal Protective Service, Special Agent (SA) Thomas J. Smith and Federal Protective Service Police Officer (name unknown). Both officers were standing there with a detainee. SA Smith asked if I could escort his detainee into B-18, explaining that both him and his partner were armed and could not escort the detainee in a secure detention facility.

I agreed and began to escort the detainee into B-18, and about halfway to the front desk is the moment that I recognized detainee Maksim Zaitsev. I thought it was interesting that neither myself nor detainee Zaitsev recognized one another although I was escorting him inside of B-18. I stood by near the front desk with detainee Zaitsev waiting until contract security arrived and wanted to know if he remembered me. While waiting I asked detainee Zaitsev in a normal tone voice if he remembered me. Detainee Zaitsev turned and just looked at me. Realizing I had a partial face covering protecting my mouth and nose, I lowered it so detainee Zaitsev could see my face. Although detainee Zaitsev never spoke, he did give an expression of acknowledgement, then I turned and walked away.

After my interaction with detainee Zaitsev, I immediately notified Rahul Hari, an attorney with the Assistant United States Attorney's (AUSA) Office who is actively litigating the case.

www.ice.gov

At no time during this interaction did I ever raise my voice or make any implied, explicit, coercive, intimidating statements or make any threatening physical gestures or threats of any kind.