FILED

2025 MAY 19 PM 2:45

ORIGINAL

1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  SHANNON COIT (Bar No. 298694)
   E-Mail: Shannon_Coit@fd.org
3  RYAN SHELLEY (Bar. No. 337528)
   E-Mail: Ryan_Shelley@fd.org
4  Deputy Federal Public Defenders
   321 East 2nd Street
5  Los Angeles, California 90012-4202
   Telephone: (213) 894-4784
6  Facsimile: (213) 894-0081

7  Attorneys for Defendant
   MAKSIM ZAITSEV
8

9                UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

12

13  UNITED STATES OF AMERICA,          Case No. 2:25-cr-00154-SPG

14              Plaintiff,             **EXHIBITS D AND G IN SUPPORT
                                       OF MOTION TO DISMISS
15       v.                            INDICTMENT FOR GOVERNMENT
                                       MISCONDUCT (DKT. 91)**
16  MAKSIM ZAITSEV,

17

18              Defendant.

19       Maksim Zaitsev, through his counsel of record, Deputy Federal Public Defenders

20  Shannon Coit and Ryan Shelley, hereby submits Exhibit D and G, which are surveillance

21  videos, in support of his Motion to Dismiss the Indictment for Government Misconduct

22  (Dkt. 91) for the Court's consideration in this case.

23                                     Respectfully submitted,

24                                     CUAUHTEMOC ORTEGA
                                       Federal Public Defender
25

26  DATED: May 19, 2025        By   /s/ Shannon Coit

27                                     Shannon Coit
                                       Ryan Shelley
28                                     Deputy Federal Public Defenders
                                       Attorneys for Maksim Zaitsev

1

## PROOF OF SERVICE

2    I, Amadeus Duran, declare that I am a resident or employed in Los Angeles

3  County, California; that my business address is the Office of the Federal Public

4  Defender, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No.

5  (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the

6  action entitled above; that I am employed by the Federal Public Defender for the

7  Central District of California, who is a member of the Bar of the State of California,

8  and at whose direction I served a copy of the attached **EXHIBITS D AND G IN**

9  **SUPPORT OF MOTION TO DISMISS INDICTMENT FOR GOVERNMENT**

10  **MISCONDUCT (DKT. 91)** on the following individual(s) by:

11
12
13
14

| [X] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand delivery addressed as follows: | [ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows: | [ ] Faxing same via facsimile machine addressed as follows: |
|---|---|---|---|

15

16   **Rahul R.A. Hari**                     **Neil Thakor**
17   **Assistant United States Attorney**    **Assistant United States Attorney**
     **312 North Spring Street**             **312 North Spring Street**
     **Los Angeles, California 90012**       **Los Angeles, California 90012**
18   **E-mail: rahul.hari@usdoj.gov**        **E-mail: neil.thakor@usdoj.gov**

19
20    This proof of service is executed at Los Angeles, California, on May 19, 2025.

21    I declare under penalty of perjury that the foregoing is true and correct to the best

22  of my knowledge.

23

24                                        */s/ Amadeus Duran*                    .
                                          Amadeus Duran

25

26

27

28

